UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>        Plaintiff,<br><br>  v.<br><br>CHIEF APPEAL OFFICER, N.<br>GRANNIS, CHIEF,<br><br>        Defendants. | 1:07-cv-01519-OWW-SMS<br><br>ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE, REASSIGN JUDGES, AND SEND NOTICE OF NEW CASE NUMBER |

    Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On October 18, 2007, Plaintiff filed the complaint upon which this action proceeds. The Clerk of the Court designated the action as a general civil case concerning civil rights. Upon further review of the Court, it has been determined that the present action involves a prisoner litigating the conditions of his confinement at a California state prison.

    Therefore, the Clerk of the Court is DIRECTED to:

1

1. Change the designation of the present case to reflect that of a prisoner civil rights action;

2. Randomly assign new judges to the case; and

3. Send a notice of the new case number to all parties in this action.

IT IS SO ORDERED.

**Dated:   October 24, 2007**                         **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE

2