1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT FOR THE

9                                 EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES E. SMITH,                           1:07-cv-01519-OWW-SMS (PC)

12              Plaintiff,                      ORDER GRANTING MOTION TO
                                                EXTEND TIME TO SUBMIT FILING FEE
13         vs.
                                                (DOCUMENT #9)
14   N. GRANNIS,
                                                THIRTY DAY DEADLINE
15              Defendant.

16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On January 4, 2008,  plaintiff filed a motion to extend time to submit the $350.00 filing

19   fee for this action.  Good cause having been presented to the court and GOOD CAUSE

20   APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted thirty (30) days from the date of service of this order in which to

22   submit the $350.00 filing fee for this action.

23   IT IS SO ORDERED.

24   **Dated:    January 18, 2008**              _____/s/ Sandra M. Snyder_____
                                                 UNITED STATES MAGISTRATE JUDGE
25

26

27

28