1

2

# UNITED STATES DISTRICT COURT

3

EASTERN DISTRICT OF CALIFORNIA

4

5

6    JAMES E. SMITH,                          1:07-CV-01519-OWW-SMS-PC

7              Plaintiff,
                                             ORDER DENYING EMERGENCY MOTION
8         v.                                 FOR COURT TO INTERVENE

9    N. GRANNIS,                             (Doc. 12)

10             Defendant.

11   _____/

12        James E. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil rights action

13   filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on October 18, 2007.  On

14   February 6, 2008, plaintiff filed a emergency motion for the court to intervene on his behalf and

15   order defendant to provide him transportation to the courthouse to make a court-ordered

16   appearance.

17        In his emergency motion, plaintiff refers to an order to show cause issued by the court on

18   January 17, 2008, requiring him to make an appearance in person on February 7, 2008.  No such

19   order has been issued in this action by this court, and plaintiff is not currently scheduled to make

20   any appearances in this action.  In the event that plaintiff intended to request transportation

21   related to a state court action, this court does not have jurisdiction.  "A federal court may issue an

22   injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the

23   claim; *it may not attempt to determine the rights of persons not before the court*."  Zepeda v.

24   United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985) (emphasis added).

25        Based on the foregoing, IT IS HEREBY ORDERED that plaintiff's motion is DENIED.

26   IT IS SO ORDERED.

27   **Dated:    February 8, 2008**              **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE
28